MICHAEL R. BERGER
Attorney at Law
California State Bar No. 65195
3306 Harrison Street
Oakland, California 94611
Telephone: 510/834-4511

Attorney for Defendant
JIN AH KANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

        v.

JIN AH KANG,

        Defendant.

NO: CR-05-00395 CRB

[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

The Court having read and considered the stipulation of counsel, and good cause therefor appearing, IT IS HEREBY ORDERED that the conditions of defendant's released be modified to specify that the Pretrial Services Officer has discretion as to whether or not to impose and enforce a curfew, and that a curfew is not specifically required as a condition of defendant's release.

Dated: 11/21/05

UNITED STATES MAGISTRATE JUDGE

1