1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   PETER B. AXELROD (CSBN 190843)
    LAUREL BEELER (CSBN 187656)
5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
7       Telephone: (415) 436-6774
        Facsimile: (415) 436-7234
8
    Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 05-00395 CRB
                                       )
15          Plaintiff,                 )    REQUEST, STIPULATION AND ORDER
                                       )
16  v.                                 )
                                       )
17  JIN AH KANG,                       )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20          This matter is currently on the Court's calendar for June 7, 2006.  Through counsel,

21  defendant Jin Ah Kang and the United States ask the Court to (a) vacate the June 7, 2006 date

22  based on the parties' on-going plea negotiations, (b) set a date of July 19, 2006 for status/change-

23  of-plea, and (c) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from June 7, 2006, to

24  July 19, 2006.

25          1.  The parties are currently engaged in plea negotiations and request that the Court set the

26  matter for July 19, 2006, for status/change-of-plea.

27          2.  Recently, the government reviewed additional discovery with defense counsel and is in the

28  process of providing those materials to the defense.  Defense counsel needs time to review those

ORDER
CR 05-00395 CRB
                                        1

1  materials and confer with the defendant.  Further, defense counsel is out-of-district and thus

2  unavailable from June 12, 2006 to July 10, 2006.

3      3.  The parties agree that the time between June 7, 2006 and July 19, 2006 should be

4  excluded from the Speedy Trial clock.  Previously, the Court has declared this case complex.

5  See 18 U.S.C. § 3161(h)(8)(B)(ii).  Further, defense counsel needs time to review additional

6  materials from the government and investigate the immigration consequences of a plea

7  agreement.  Also, defense counsel will be unavailable from June 12, 2006 to July 10, 2006.

8  These matters require the requested time to address, and so the parties agree that a continuance is

9  necessary for the effective preparation of defense counsel, taking into account the exercise of due

10 diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice

11 served by excluding the period from June 7, 2006 to July 19, 2006 outweigh the interest of the

12 public and the defendant in a Speedy Trial.  See id. § 3161(h)(8)(A).

13     STIPULATED:

14

      June 2, 2006                        /S/ PETER B. AXELROD
15 DATE                                   PETER B. AXELROD
                                          LAUREL BEELER
16                                        Assistant United States Attorneys

17

      June 2, 2006                        /S/  MICHAEL BERGER
18 DATE                                   MICHAEL BERGER
                                          Attorney for Jin Ah Kang
19

20

21                            **ORDER**

22     For good cause shown, and for the reasons stated above, the Court (a) vacates the June 7,

23 2006, hearing date for defendant Jin Ah Kang based on the on-going plea negotiations, (b) sets

24 the matter for status/change-of-plea on July 19, 2006, at 10:00 a.m. ~~2:15 p.m.~~, and (c) excludes times under

25 the Speedy Trial Act, 18 U.S.C. § 3161, from June 7, 2006, to July 19, 2006.  The Court finds

26 that the failure to grant the requested exclusion would deny defense counsel reasonable time

27 necessary for effective preparation taking into account the exercise of due diligence and

28

ORDER
CR 05-00395 CRB

2

continuity of counsel.  Further, the Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii).  Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: _____June 2, 2006_____



IT IS SO ORDERED

Judge Charles R. Breyer

ORDER
CR 05-00395 CRB