MICHAEL R. BERGER
Attorney at Law
California State Bar No. 65195
3306 Harrison Street
Oakland, California 94611
Telephone: 510/834-4511

Attorney for Defendant
JIN AH KANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JIN AH KANG,

    Defendant.
_____/

No. CR 05-00395 CRB

**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF DEFENDANT'S RELEASE**

**STIPULATION:**

    Defendant JIN AH KANG entered a plea of guilty in this action on August 30, 2006. No date has yet been set for her to be sentenced. She wishes to change her residence from San Francisco to Los Angeles so that she can find work as a cosmetician and be near her family members. To allow her to do so the parties hereto agree that the conditions of her pretrial release may be modified as follows:

    1. To allow her to travel to the Southern District of California between December 15, 2006 and January 5, 2007, and reside with her brother Danny Kang at 1516 West 11th Place, Los Angeles, while she finds a permanent address for herself.

    2. To allow her to travel to the Eastern District of California on January 24 and to take an examination for a professional license.

3. To allow her to move to the Southern District of California on or about February 1, 2007, to reside at an address to be provided to and approved by her Pretrial Services Officer.

This stipulation is conditioned on the understanding that upon moving to Los Angeles, defendant shall report to the Pretrial Services Officer for that district as directed by her current Pretrial Services Officer, and that defendant shall return to San Francisco to attend all of her court appearances and see to other obligations arising from this case.

Michelle Nero, defendant's defendant's Pretrial Services Officer, has been advised of this stipulation and concurs with its terms.

Dated: December 7, 2006

_____
MICHAEL R. BERGER
Attorney for Defendant

Dated: December 7, 2006

KEVIN V. RYAN
United States Attorney

by_____
PETER AXELROD, AUSA
Attorney for Defendant

**[PROPOSED] ORDER:**

The court having read and considered the foregoing stipulation, IT IS HEREBY ORDERED that the conditions of defendant JIN AH KANG'S pretrial release may be modified as follows:

1. To allow her to travel to the Southern District of California between December 15. 2006 and January 5, 2007, and reside with her brother Danny Kang at 1516 West 11th Place, Los Angeles, while she finds a permanent address for herself.

Case 3:05-cr-00395-CRB   Document 569   Filed 12/08/06   Page 3 of 3

2. To allow her to travel to the Eastern District of California on January 24 and to take an examination for a professional license.

3. To allow her to move to the Southern District of California on or about February 1, 2007, to reside at an address to be provided to and approved by her Pretrial Services Officer.

It is further ordered that upon moving to Los Angeles, defendant shall report to the Pretrial Services Officer for that district as directed by her present Pretrial Services Officer, and that defendant shall return to San Francisco to attend all of her court appearances and see to other obligations arising from this case.

Dated: _December 8, 2006_____



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE